■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VIRGIL SEALS, Appellant. [976 NYS2d 671]—Appeal by the defendant from an order of the Supreme Court, Kings County (Walsh, J.), dated January 30, 2012, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The People presented clear and convincing evidence to support a risk level three classification (*see* Correction Law § 168-n [3]; *People v Pettigrew*, 14 NY3d 406 [2010]; *People v Mingo*, 12 NY3d 563 [2009]; *People v Gilligan*, 94 AD3d 844 [2012]). The defendant's contention that the hearing court should not have considered his 1979 violent felony conviction in determining his risk assessment is without merit (*see People v Kitt*, 47 AD3d 456 [2008]; *People v Camacho*, 35 AD3d 424 [2006]; *People v Oginski*, 35 AD3d 952 [2006]; *People v Sinclair*, 23 AD3d 537 [2005]). In addition, there is no merit to the contention that the defendant was entitled to a downward departure to risk level two (*see People v Mingo*, 12 NY3d 563 [2009]; *People v Wyatt*, 89 AD3d

112 [2011]; *People v Mabee*, 69 AD3d 820 [2010]). Skelos, J.P., Balkin, Leventhal and Sgroi, JJ., concur.